UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, 611 Pennsylvania Ave SE #231 Washington, DC 20003<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St NW Washington, DC 20451<br><br>UNITED STATES DEPARTMENT OF DEFENSE, 1155 Defense Pentagon Washington, DC 20301-1155<br><br>UNITED STATES DEPARTMENT OF JUSTICE, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001<br><br>and<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, 2707 Martin Luther King Jr. Ave, SE Washington, DC 20528<br><br>*Defendants.* | Civil Action No. 24-2883 |

**COMPLAINT**

1.     Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of State, United States Department of Defense, United States Department of Justice, and Department of Homeland

1

Security to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

2.     On September 15, 2024, President Donald J. Trump faced an attempted assassination in West Palm Beach, Florida, mere months after surviving an assassination attempt in Butler, Pennsylvania.

3.     The American people have questioned how another would-be assassin was able to come so close to assassinating President Trump.

4.     In the aftermath of the Butler, Pennsylvania attack, AFL opened an investigation into the federal agencies tasked with ensuring President Trump's safety to identify any shortcomings in their operations, management, and procedures.

5.     After the second assassination attempt, AFL opened another investigation.

## JURISDICTION AND VENUE

6.     The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

7.     Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

8.     Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of

the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

9.      Defendant United States Department of State is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 2201 C St NW, Washington, DC 20451. The Department of State has possession and control of the records AFL seeks.

10.      Defendant United States Department of Defense ("DOD") is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 1000 Defense Pentagon, Washington, DC 20301. DOD has possession and control of the records AFL seeks.

11.      Defendant, the United States Department of Justice ("DOJ"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 950 Pennsylvania Avenue, NW Washington, DC 20530. DOJ has possession and control of the records AFL seeks.

12.      Defendant Department of Homeland Security ("DHS"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices located at 2707 Martin Luther King Jr. Ave, SE Washington, DC 20528. DHS has possession and control of the records AFL seeks.

**FACTS**

*Department of State Request*

13.     On September 16, 2024, AFL submitted a FOIA request to the United States Department of State seeking records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassin, Ryan Wesley Routh. *See Ex. 1.*

14.     AFL requested expedited processing of the request under 22 C.F.R. § 171.12(d)(1)(i), (ii), and (iv), stating that "expedited treatment is necessary to ensure the safety of the former President and other innocent bystanders," and because "America First Legal is a qualifying news media distributor, and … [t]his manifest attack on our political process is of paramount and urgent interest to the media and all Americans." *Id*. at 3–4.

15.     On September 16, 2024, the Department of State confirmed receipt of the FOIA request and assigned it the tracking number F-2024-21154. *See Ex. 2.*

16.     In the September 16, 2024, letter, the Department of State did not make a determination on AFL's request for expedited processing. *See id*.

17.     On October 1, 2024, the AFL emailed the Department of State requesting confirmation that its request for expedited processing was received. *See Ex. 3*.

18.     As of the date of filing, AFL has received no further communications from the Department of State concerning this FOIA request.

*Department of Defense Request*

19.     On September 16, 2024, AFL submitted a FOIA request to DOD seeking records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassin, Ryan Wesley Routh. *See Ex. 4.*

20.     AFL requested expedited processing of the request under 32 C.F.R. § 286.8(e), stating that "expedited treatment is necessary to ensure the safety of the former President and other innocent bystanders," and because "America First Legal is a qualifying news media distributor, and … [t]his manifest attack on our political process is of paramount and urgent interest to the media and all Americans." *Id*. at 3.

21.      On September 16, 2024, DOD confirmed receipt of the FOIA request and assigned it the tracking number 24-F-3088. *See Exs. 5, 6.*

22.     On September 26, 2024, DOD denied AFL's request for expedited processing of the request. *Ex. 7* at 1.

23.     As of the date of filing, AFL has received no further communications from DOD concerning this FOIA.

*Department of Justice Request*

24.     On September 16, 2024, AFL submitted a FOIA request to DOJ seeking records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassin, Ryan Wesley Routh. *See Ex 8.*

5

25.     AFL requested expedited processing of the request under 28 C.F.R. § 16.5(e)(1)(ii) and (iv), stating that "expedited treatment is necessary to ensure the safety of the former President and other innocent bystanders," and because "America First Legal is a qualifying news media distributor, and … [t]his manifest attack on our political process is of paramount and urgent interest to the media and all Americans." *Id*. at 3.

26.      On September 26, 2024, DOJ confirmed receipt of the FOIA request and assigned it the tracking number FOIA-2024-03625. *See Ex. 9.*

27.     In the September 26, 2024, letter, DOJ denied AFL's request for expedited processing of the request under 28 C.F.R. § 16.5(e)(1)(ii) and referred the AFL's request for expedited processing under 28 C.F.R. § 16.5(e)(1)(iv) to the Director of Public Affairs. *Id.* at 1.

28.     As of the date of filing, AFL has received no further communications from DOJ concerning this FOIA.

*Department of Homeland Security Request*

29.     On September 16, 2024, AFL submitted a FOIA request to DHS seeking records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassination of President Donald Trump, specifically requesting all records related to the attempted assassin, Ryan Wesley Routh. *See Ex 10.*

30.     The request specified records custodians located at both Headquarters and the Office of Intelligence and Analysis. *Id.* at 2.

31.     AFL requested expedited processing of the request under 6 C.F.R.
§ 5.5(e)(1)(i), (ii), and (iii), arguing that "expedited treatment is necessary to ensure
the safety of the former President and other innocent bystanders," and because
"America First Legal is a qualifying news media distributor, and … [t]his manifest
attack on our political process is of paramount and urgent interest to the media and
all Americans." *Id*. at 3.

32.      On September 17, 2024, DHS's Office of Intelligence and Analysis
confirmed receipt of the FOIA request and assigned it the tracking number 2024-
IAFO-00463. *See Ex 11*.

33.     In the September 17, 2024, letter, the Office of Intelligence and Analysis
did not make a determination on AFL's request for expedited processing. *See id*.

34.     As of the date of filing, AFL has received no further communications
from DHS concerning this FOIA.

*Transportation Security Administration Request*

35.     On September 16, 2024, AFL submitted a FOIA request to the TSA, a
DHS component, *see* 6 C.F.R. Appendix A to Part 5 II, seeking records related to the
attempted assassination of President Donald Trump, specifically requesting all
records related to the attempted assassin, Ryan Wesley Routh. *See Ex. 12*.

36.     AFL requested expedited processing of the request under 6 C.F.R.
§ 5.5(e)(1)(i), (ii) and (iv), arguing that "expedited treatment is necessary to ensure
the safety of the former President and other innocent bystanders," and because
"America First Legal is a qualifying news media distributor, and … [t]his manifest

attack to our political process is of paramount and urgent interest to the media and all Americans." *Id*. at 3.

37.    On September 16, 2024, TSA confirmed receipt of the FOIA request and assigned it the tracking number 2024-TSFO-02558. *See Ex. 13*.

38.    In the September 16, 2024, letter, TSA did not make a determination regarding AFL's request for expedited processing. *See id*.

39.    As of the date of filing, AFL has received no further communications from TSA concerning this FOIA.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

40.    AFL repeats paragraphs 1–39.

41.    AFL properly requested records within the possession, custody, and control of the Defendants.

42.    The Defendants have failed to produce the requested records within the statutory time limit.

43.    Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

44.    Additionally, in each instance, AFL sufficiently showed that expedited processing was appropriate by citing facts demonstrating widespread media interest in these issues.

45.    Moreover, as an entity "primarily engaged in disseminating information," AFL has sufficiently demonstrated the "urgency to inform the public

concerning actual or alleged Federal Government activity." 5 U.S.C. § 552(a)(6)(E)(v)(II).

46.    Nevertheless, the Defendants failed to comply with FOIA and their own regulations by denying AFL's requests for expedited processing.

47.    Accordingly, the Defendants have violated FOIA.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i.    Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii.    Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii.    Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv.    Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v.    Grant AFL such other and further relief as this court deems proper

October 10, 2024.

Respectfully submitted,

/s/ William Scolinos
William Scolinos (DC Bar No. 90023488)
Michael Ding (DC Bar No. 1027252)
(301) 965-0179
AMERICA FIRST LEGAL FOUNDATION

611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org

*Counsel for America First Legal Foundation*